RECEIVED
SOUTHERN DISTRICT OF CALIFORNIA
2008 MAY 12 AM 11:12

FILED
08 MAY 12 AM 10:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KJH DEPUTY

# APPEARANCE BOND FOR A MATERIAL WITNESS

AUSA Approval: [signature]

| United States District Court | Southern District of California |
|---|---|
| United States of America v. Angelica Maria Pinal | Crim. Case No. |
| | Magis. Case No. 08mj1358 |

We, Beatriz Jimenez (name of surety) and Maria Eugenia-Cruz (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ 5000.00 and there has been deposited in the Registry of the Court the sum of $ 500.00 in cash. This bond is conditioned upon and posted to secure the appearance of material witness Maria Eugenia-Cruz to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: ____________ Surety's Signature: x [signature]

Surety's Home Address: x 5338 Spencer St L.V. NV 89119

Material Witness' U.S. Address: ____________

Acknowledgment: The surety noted above signed this bond before me, **Robert Schroth Jr.** (print name of person witnessing surety's signature), on 5-5-08 (date), at **San Diego, CA** (city/state).

My address is: **2044 First Avenue, Suite 200, San Diego, CA 92101**

Signature Of Person Witnessing Surety's Signature: [signature] Dated: 5-5-08

**Bond Approved:** [signature], **United States Magistrate Judge or District Judge**

**CATHY ANN BENCIVENGO**

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

Mat Wit : 4/30
Arrgn'd

# APPEARANCE BOND FOR A MATERIAL WITNESS

AUSA Approval: CB

| United States District Court | Southern District of California |
|---|---|
| United States of America<br>v. | Crim. Case No. |
| **Angelica Maria Pinal** | Magis. Case No. **08-mj-1358** |

We, Beatriz Jimenez (name of surety) and **Maria ~~Pena~~ Eugenia Alvarado-Cruz** (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ **5000.00** and there has been deposited in the Registry of the Court the sum of $ **500.00** in cash. This bond is conditioned upon and posted to secure the appearance of material witness **Maria ~~Pena~~ Eugenia Alvarado-Cruz** to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: X Maria Eugenia Alvar Surety's Signature: ____________________

Surety's Home Address: ____________________

Material Witness' U.S. Address: ____________________

**Acknowledgment:** The surety noted above signed this bond before me, **Robert Schroth Jr.** (print name of person witnessing surety's signature), on ____________ (date), at **San Diego, CA** (city/state).

My address is: **2044 First Avenue, Suite 200, San Diego, CA 92101**

Signature Of Person Witnessing Surety's Signature: ____________________ Dated: ____________

**Bond Approved: ____________________, United States Magistrate Judge or District Judge**

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

[Revised 8/98]

## AFFIDAVIT BY THE OWNER OF THE CASH SECURITY FOR THIS BOND

I, x Beatriz Jimenez (print name of owner of cash), state that I reside at x 5338 Spencer St L.V. Nevada 89119, and that I am the owner of the $ 500.00 cash deposited in the Registry of the Court as security for this bond. That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition under this bond or by the contumacy of the material witness.

Dated: x 8-5-08

x ____________________
Signature of the Owner of the Cash Security

## FINANCIAL JUSTIFICATION OF THE SURETY

I, x Beatriz Jimenez (print name of surety), state under penalty of perjury under the laws of the United States of America, that I have a net worth of at least $ 5000.00, and that I reside at x 5338 Spencer. St L V N.V 89119

Dated: x 5-5-08

x ____________________
Signature of the Surety

## SURETY AGREEMENT

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his or her compliance with any and all conditions of the release and orders as directed by the court. If the material witness does not appear in court as ordered or comply with the conditions of the release and any court orders, I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered against me for the full amount of the bond.

Dated: x 5-5-08

x ____________________
Signature of the Surety

RECEIVED
MAY 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MS 150746 $500 DEPUTY

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

# MATERIAL WITNESS INFORMATION SHEET

## CASE INFORMATION

Case Name: U.S. v. ____________ Case No. ____________

AUSA Name: ____________ AUSA Telephone: ____________

Case Agent: ____________ Agency: ____________

## INFORMATION ABOUT THE MATERIAL WITNESS

Name: ____________ A-Number: ____________

Date of Birth: ____________ Immigration Status: ____________

Foreign Address: ____________

Did The Material Witness Sign An I-826? ____________ Relationship to Defendant: none

## PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE

Name: Beatriz Jimenez Relationship to Witness: Cousin

Home Address: 5338 Spencer St. Las Vegas, NV 89119

Business Address: ____________

Home Telephone: 702-650-3928 Business Telephone: ____________

## RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.

Name: ____________ Relationship to Witness: ____________

Home Address: ____________

Business Address: ____________

Home Telephone: ____________ Business Telephone: ____________

## ATTORNEY FOR THE MATERIAL WITNESS

Name: Robert E. Schroth Jr. Tel: 619-233-7521 Fax: 619-233-4516

Address: 2044 First Avenue, Suite 200, San Diego, CA 92101

## INFORMATION ABOUT THE SURETY

Name: x Beatriz Jimenez Relationship to Witness: x Cousin

Immigration Status: x Citizen Relationship to Defendant: ____________

Home Address: x 5338 Spencer St LV NV 89119

Business Address: ____________

Home Telephone: x 702 650 3928 Business Telephone: ____________

Does The Surety Have An Immigration Record (if so, the charges): no

Does The Surety Have A Criminal Record (if so, the charges): no.

---

**FOR INS USE ONLY**

1. MATERIAL WITNESS ☐ SURRENDERED ☐ FAILED TO APPEAR ☐
2. ____________ ____________

*Signature* *Date*

K:\COMMON\CSA\forms\2005\matwit_info_sht.wpd